IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BOBBY WASHINGTON
4403 Swindon Terrace
Upper Marlboro, MD 20772

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL
U.S. POSTAL SERVICES
475 L'Enfant Plaza, SW,
Washington, DC 20620

    Defendant.

CASE NUMBER 1:07CV00379

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 02/21/2007

### CIVIL COMPLAINT

**NOW COMES** Plaintiff, Bobby Washington, by and through undersigned counsel and files this civil complaint for damages. Plaintiff states herein as follows:

### JURISDICTION AND VENUE

1. This action is authorized and instituted pursuant to Title VII of the 1964 Civil Rights Act, as amended by 1991., hereinafter "Title VII."

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant. This action is also in accordance with 28 U.S.C. 1331.

### PARTIES

3. "Plaintiff", Bobby Washington is a citizen of the United States and resides in the State State of Maryland.

4. Plaintiff is an employee as defined in accordance with Title VII. Plaintiff also is a member of protected classes based on his race and gender.

5. "Defendant," John E. Potter, is the Postmaster General for the U.S. Postal Services and an employer as defined in accordance with Title VII.

## ADMINISTRATIVE PROCEDURES

6. Plaintiff timely filed his charges of discrimination against the Defendant with its Equal Employment Opportunity (EEO) Office on June 29, 2005, in accordance with EEOC Regulation 29 CFR 1614.106.

7. Plaintiff withdrew his complaint from the U.S. EEOC, and Defendant was directed to file its Final Agency Decision.

8. Plaintiff therefore invokes his right to sue under 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 626 in that he has satisfied all administrative and judicial prerequisites to the institution of this action.

## <u>COUNT I</u>

### DISPARATE TREATMENT BASED ON GENDER IN VIOLATION OF TITLE VII

9. Plaintiff re-alleges the allegations of Paragraphs 1 through 8, and incorporates them by reference herein.

10. Plaintiff was issued a 14 day suspension and his work hours, scheduled reduced.

11. Plaintiff avers Defendant that he was treated differently than a similarly situated female employed as a Letter Carrier.

12. As a direct result of Defendant's discriminatory practices, Plaintiff has sustained economic and non-economic damages.

## COUNT II

**RETALIATION
IN VIOLATION OF TITLE VII**

13. Plaintiff re-alleges the allegations of Paragraphs 1 through 12, and incorporates them by reference herein.

14. Plaintiff engaged in protected activity when he complained of discrimination and file prior complaints.

15. Plaintiff avers that he suffered an adverse action as a result of engaging in the protected activity, namely, his 14 day suspension and reduction of his work schedule and hours.

16. As a direct result of Defendant's discriminatory practices, Plaintiff has sustained economic and non-economic damages.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Honorable Court should grant him the following relief, namely:

(i). That this Court determine the employment practices complained of in this complaint are unlawful in that they violated the Title VII.

(ii). That Defendant be enjoined from continuing any and all discriminatory practices;

(iii). That Defendant pay Plaintiff a sum in excess of $60,000 for compensatory damages, backpay, interests, emotional distress;

(iv). That Defendant pay Plaintiff's costs and expenses and reasonable attorney's fees as provided in the Title VII in connection with this action;

(v). That this Court grant other and such further relief to the Plaintiff as it deems just and

proper.

Respectfully submitted on behalf of Plaintiff:

February 19, 2007

_____
Nathaniel D. Johnson (Federal #14729 MD)
NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, Maryland 20602
301-893-0807
301-893-6890 fax

4

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Bobby Washington

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Nathaniel D. Johnson
The Lawfirm of Nathaniel D. Johnson, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, Maryland 20602   301 645-9103

## DEFENDANTS
John E. Potter

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

CASE NUMBER 1:07CV00379
JUDGE: Reggie B. Walton
DECK TYPE: Civil Rights (non Employment)
DATE STAMP: 02/21/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⦿ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP...
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

○ **B.** *Personal Injury/Malpractice*

○ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **R**

○ **F.** *Pro Se General Civil*

**Forfeiture/Penalty**
al 28 USC 158
drawal 28 USC 157
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
tions
h Penalty
damus & Other
l Rights
on Condition
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
hts
yrights
nt
demark
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

Suits
es (US plaintiff or ndant
-Third Party 26 USC 7609

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

---

Court Name: District of Columbia
Division: 1
Receipt Number: 4616002477
Cashier ID: lwebb
Transaction Date: 02/22/2007
Payer Name: Nathaniel Johnson
--------
CIVIL FILING FEE
  For: Nathaniel Johnson
  Amount:     $350.00
--------
CHECK
  Check/Money Order Num: 1108
  Amt Tendered: $350.00
--------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-0379

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ⦿ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Title VII of the 1964 Civil Rights Act

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 60,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  February 19, 2007        SIGNATURE OF ATTORNEY OF RECORD  [signature]
      2/21/07

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

JTC

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.