IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOBBY WASHINGTON**<br>4403 Swindon Terrace<br>Upper Marlboro, MD 20772<br><br>         Plaintiff,<br><br>v.<br><br>**JOHN E. POTTER,**<br>**POSTMASTER GENERAL**<br>**U.S. POSTAL SERVICES**<br>475 L'Enfant Plaza SW,<br>Washington, DC 20620<br><br>         Defendant. | Civil No.07-379 (RBW) |

### NOTICE TO THE COURT

**NOW COMES** Plaintiff, Bobby Washington, by and through undersigned counsel, and notices this Court of his intention to withdraw his civil complaint in the above-captioned matter and transfer to the appropriate venue.

Plaintiff has attempted to communicate his intention to defendant, and will file the appropriate motion to this Court.

Respectfully submitted on behalf of Plaintiff:

June 26, 2007     _____/s/_____
                  Nathaniel D. Johnson (Federal #14729 MD)
                  3475 Leonardtown Road, Suite 200
                  Waldorf, Maryland  20602 301-645-9103

1

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, June 26, 2007, the foregoing Notice was forwarded to the following addressee, via ECF:

Heather D. Graham-Oliver, Esq.
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.
20530

/S/: Nathaniel D. Johnson