UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BOBBY WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-379 (RBW) |
| JOHN POTTER, Postmaster General, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Currently before the Court is the defendant's motion to dismiss the plaintiff's complaint for improper venue or, in the alternative, to transfer this action to the United States District Court for the District of Maryland, where it could properly have been brought. See generally Motion at 2-6 (arguing that "none of the three possible sources of venue in this case would justify retaining the case in the District of Columbia" and that the District of Maryland is the appropriate venue for this action). On June 26, 2007, the plaintiff filed a notice with the Court expressing "his intention to withdraw his civil complaint in the above-captioned matter and transfer [the action] to the appropriate venue." For the reasons stated in the defendant's motion, the Court agrees with the parties that the District of Maryland, and not the District of Columbia, is the appropriate venue for this action. See 42 U.S.C. 2000e-5(f)(3) (2000) (articulating the relevant factors for the determination of venue in a Title VII suit). Accordingly, and pursuant to the Court's authority under 28 U.S.C. § 1406(a) (2000), it is hereby

1

**ORDERED** that the defendant's motion to transfer this action to the United States District Court for the District of Maryland is GRANTED.  It is further

**ORDERED** that this action shall be transferred forthwith to the United States District Court for the District of Maryland.

**SO ORDERED** this 27th day of June, 2007.

REGGIE B. WALTON  
United States District Judge